

11TH COURT OF APPEALS

EASTLAND, TEXAS

JUDGMENT

In the interest of X.G.P., a child,　　　　　* From the 266th District Court
　　　　　　　　　　　　　　　　　　　　　　 of Erath County
　　　　　　　　　　　　　　　　　　　　　　 Trial Court No. CV-33116.

No. 11-16-00114-CV　　　　　　　　　　　* May 27, 2016

　　　　　　　　　　　　　　　　　　　　　　* Per Curiam Memorandum Opinion
　　　　　　　　　　　　　　　　　　　　　　 (Panel consists of: Wright, C.J.,
　　　　　　　　　　　　　　　　　　　　　　 Willson, J., and Bailey, J.)

　　　　This court has considered the motion to dismiss this appeal and concludes that the motion should be granted.  Therefore, in accordance with this court's opinion, the appeal is dismissed.  The costs incurred by reason of this appeal are taxed against Gabriela Rios.